UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'Neill, et al.

Plaintiff(s)

-v-

Republic of the Sudan et al.,

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2019

**CERTIFICATE OF MAILING**

Case No.: 1:18-cv-12114 (GBD)(SN)

I hereby certify under the penalties of perjury that on the _3_ day of _June_ , _2019_ , I served:

Ministry of Foreign Affairs. Ministry Foreign Affairs of Sudan, P.O. Box 873, Gamma Street, Khartoum,

Sudan.

☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐      the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Summons, complaint, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 § 93.2 with a copy of 28 U.S.C 1330, and an affidavit of translator (along with translations of the above documents. by _Registered Mail: RH001664001US_.

Dated: New York, New York
06/03/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

```
=========================================
            CHINATOWN
          6 DOYERS ST
          NEW YORK, NY
           10013-9991
           3596040004
=========================================
06/03/2019    (800)275-8777    3:25 PM
=========================================
Product              Sale       Final
Description          Qty        Price

First-Class          1          $23.25
Package
Intl Service
  (International)
  (Sudan)
  (Weight:1 Lb 2.70 Oz)
  (Customs #:RH001664001US)
Registered           1          $16.00
  (Amount:$0.00)
Return               1          $4.10
Receipt

Total                           $43.35

Cash                            $45.00
Change                          ($1.65)
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/international/cus
oms-forms.htm to complete
International Mail customs forms
online and to ship packages from your

| Registered No. | | Date Stamp |
|---|---|---|
| RH001664001US | | 0004 05 |

| To Be Completed By Post Office | | |
|---|---|---|
| Postage $ $23.25 | Extra Services & Fees (continued) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $16.00 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $4.10 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ $0.00 | $ $43.35 | |
| Customer Must Declare Full Value $0.00 $ | Received by 06/03/2019 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | NEW YORK, NY 10013 Jerry Goldman Anderson Kill PC 1251 Avenue of the Americas New York, NY 10020 |
|---|---|---|
| | TO | Minister of Foreign Affairs Ministery of Foreign Affairs of Sudan P.O. Box 873, Gamma Street Khartoum, Sudan |

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at *www.usps.com* ®