# Greene, Alexander

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Monday, December 23, 2019 4:18 PM |
| **To:** | CourtMail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-12114-GBD-SN O'Neill et al v. Republic of the Sudan et al Clerk Certificate of Mailing Received |

**EXTERNAL SENDER**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/23/2019 at 4:18 PM EST and filed on 12/23/2019

**Case Name:** O'Neill et al v. Republic of the Sudan et al
**Case Number:** 1:18-cv-12114-GBD-SN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CLERK CERTIFICATE OF MAILING RECEIVED for Summons, Supplemental Class Action Complaint, and Notice of Suit (along with translations) mailed to REPUBLIC OF SUDAN on 6/26/2019 via the US Department of State by Federal Express tracking # 8025 2576 2904, as per [33] Clerk Certificate of Mailing, DELIVERED TO DEFENDANT ON: 12/8/2019. (gpe)**


**1:18-cv-12114-GBD-SN Notice has been electronically mailed to:**

Kanishka Agarwala  kagarwala@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com

Jerry Stephen Goldman  jgoldman@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com, erybicki@andersonkill.com

Vianny Maria Pichardo  vpichardo@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com, kdonovan@andersonkill.com

Nicholas Robert Maxwell nmaxwell@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com

Bruce Elliot Strong bstrong@andersonkill.com, dfraser@andersonkill.com

Stephen Wah swah@andersonkill.com

Samantha Emily Smith ssmith@andersonkill.com, dflynn@andersonkill.com, dfraser@andersonkill.com

**1:18-cv-12114-GBD-SN Notice has been delivered by other means to:**