# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mary Jelnek, et al.,

v.

Islamic Republic of Iran.

## CLERK'S CERTIFICATE OF MAILING

Case No.: 1:24-cv-05520-GBD

I hereby certify under the penalties of perjury that on the 14th day of August 2024, I served defendant:

    Islamic Republic of Iran
    ATTN: Ali Bagheri
    Minister of Foreign Affairs
    Ministry of Foreign Affairs of the Islamic Republic of Iran
    Imam Khomeini Avenue
    Tehran, Iran

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3) one (1) copy (in English and Farsi) of the Request for Summons; Summons; Iran Short Form Complaint, dated July 22, 2024; Civil Cover Sheet, dated July 22, 2024; Related Case Statement; Corrected Civil Cover Sheet, dated July 25, 2024; Notice to Conform to Consolidated Amended Complaint, dated August 6, 2024; Notice to Conform to Sudan Consolidated Amended Complaint or ASHTON Sudan Amended Complaint, dated August 6, 2024; Notice of suit prepared in accordance with 22 CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611; affidavit of translator by USPS Registered Mail RH004051025US .

Dated: August 14, 2024
       New York, New York

                                            DANIEL ORTIZ
                                            ACTING CLERK OF COURT

                                            /s/Rachel Slusher
                                            Deputy Clerk